# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LESTER BELL

NO. 2025 KW 0416

**JUNE 30, 2025**

---

In Re:   Lester Bell, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 27,624 & 25,910.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT DENIED.**

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT